**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

CROSS FIRE & SECURITY CO., INC., *et al.*,

Plaintiffs,

-against-

ALAN DOORLY, *et al.*,

Defendants.

---------------------------------------------------------------X

**25 Civ. No. 4846 (GS)**

**PRE-SETTLEMENT CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, August 12, 2026 at 12:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 508 701 529#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference to be held by early September.

**SO ORDERED.**

DATED: New York, New York
July 30, 2026

[signature]

The Honorable Gary Stein
United States Magistrate Judge