RAKOWER LAW · PLLC

August 7, 2026

**VIA ECF**

Hon. Gary Stein
500 Pearl Street, Room 702
United States Courthouse
New York, NY 10007

MEMO ENDORSED

**Re: *Cross Fire & Security Co., Inc. et ano. v. Alan Doorly et al.*, 25-CV-04846**
**Request (Unopposed) for Adjournment of Pre-Settlement Conference Call**

Dear Judge Stein,

This firm is counsel for Defendants in this action. We write, pursuant to Section I.G of your Honor's Individual Practices in Civil Cases, to request a brief adjournment of the Pre-Settlement Conference Call currently scheduled for Wednesday, August 12, 2026 at 12:00 p.m. (ECF 75). Defendants' lead counsel has a conflict that would limit his ability to participate at the currently scheduled time.

We respectfully request that the Court adjourn the call to 4:00 p.m. or 4:30 p.m. on August 12th (the currently scheduled date), 13th, or 14th.

This is the first request for an adjournment. Plaintiff's counsel consent to the request and have confirmed that they are available on the dates and times proposed above.

Respectfully submitted,

*/s/ Travis J. Mock*
Travis J. Mock

cc: All Counsel of Record (via ECF)

Application granted. The pre-settlement call scheduled for 12:00 p.m. on August 12, 2026 is hereby adjourned to 4:00 p.m. that same day. The parties are directed the join the call through the instructions included in the order at Docket Number 75.

SO ORDERED.

Date: New York, New York
August 10, 2026

Gary Stein
United States Magistate Judge
Southern District of New York